# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **KELLY L. MOORE,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **CIVIL ACTION NO. 10-0338-KD-B** |
| **ASHLEY H. GREEN,** | ) | |
| Defendant. | ) | |

## ORDER

This action is before the Court on the joint stipulation for dismissal filed by plaintiff Kelly L. Moore and defendant Ashley H. Green (doc. 27). The stipulation is signed by all parties who have appeared in this action. Upon consideration of the stipulation, and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice.**[1]

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Pursuant to the stipulation, each party shall bear their own costs.

**DONE** and **ORDERED** this May 3, 2011.

    s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] The Court previously entered an order dismissing this action with prejudice subject to the right of either party to reinstate the action on or before May 26, 2011 (doc. 26). The joint stipulation confirms that the case has settled and neither party retains any right to reinstate this action.